UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOE STEPHENS (#109204)

VERSUS                                    CIVIL ACTION

JAMES M. LEBLANC, ET AL                   NUMBER 15-353-JWD-SCR

### ORDER STRIKING MOTION FOR SUMMARY JUDGMENT
### and
### RULINGS ON REQUESTS FOR ISSUANCE OF SUBPOENA DUCES TECUM
### and
### RULING ON MOTION FOR HEARING

Before the court are the plaintiff's Pretrial Motion Rule 56(c) Fed. R. Civ. P. Motion for Summary Judgment, filed August 20, 2015, record document number 7, his Fed. Rule 45(b) Request for Subpoena Duces Tecum filed September 24, 2015, record document number 11, his second and substantively identical Fed. Rule 45(b) Request for Subpoena Duces Tecum dated September 15, 2015 and filed September 25, 2015, record document number 12, and his Motion and a Request Order For an Evidentiary Hearing Pursuant to 28 U.S.C. 1691, Seal and Teste of Process, record document number 13.

A review of the record showed that the U.S. Marshal has not file a return of service as to either defendant, and neither defendant has filed an answer or otherwise made an appearance through counsel of record.[1]

---

[1] Plaintiff may contact the U.S. Marshal, by mail, to inquire about the status of service of process on the defendants.

Plaintiff's summary judgment motion is not supported as required by Rule 56(c)(1), and the plaintiff made no coherent argument supporting entry of a judgment against either defendant. In the alternative, the plaintiff sought any other appropriate relief.  In the current circumstances, rather than deny the plaintiff's motion it is appropriate to defer consideration of summary judgment and strike the plaintiff's motion, without prejudice to the plaintiff filing another summary judgment motion after the defendant make an appearance.  Should the defendant not timely make an appearance after they are served, the plaintiff may seek entry of a default as provided by Rule 25(a), Fed.R.Civ.P., and thereafter mover for a default judgment as provided by Rule 25(b).  A motion for summary judgment would then be unnecessary.

Inasmuch as both subpoena requests seek production of documents from the defendants, a subpoena is not necessary and the plaintiff should proceed under Rule 34, Fed.R.Civ.P., again after the defendants have made an appearance.

Plaintiff's motion for an evidentiary hearing is also premature, again because neither defendant has made an appearance (likely because they have not been served by the U.S. Marshal). Moreover, there is not apparent purpose for this motion.

Accordingly;

IT IS ORDERED that the plaintiff's Pretrial Motion Rule 56(c) Fed. R. Civ. P. Motion for Summary Judgment (record document number

7) is stricken without prejudice to refiling if necessary after the defendants are served

Plaintiff's Fed. Rule 45(b) Request for Subpoena Duces Tecum filed September 24, 2015 (record document number 11) and his second Fed. Rule 45(b) Request for Subpoena Duces Tecum dated filed September 25, 2015 (record document number 12) are denied.

Plaintiff's Motion and a Request Order For an Evidentiary Hearing Pursuant to 28 U.S.C. 1691, Seal and Teste of Process (record document number 13) is denied.

Baton Rouge, Louisiana, September 28, 2015.

*[signature: Stephen C. Riedlinger]*

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE