UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOE STEPHENS (#109204)

VERSUS                                                    CIVIL ACTION

JAMES M. LEBLANC, ET AL                                   NUMBER 15-353-JWD-SCR

**RULING ON MOTION TO COMPEL DISCOVERY**
**and**
**ORDER TO RESPOND TO DISCOVERY REQUEST**

Before the court is the plaintiff's Motion to Compel Discovery. Record document number 31.

Plaintiff moved to compel the defendant to produce: (1) a copy of the "Judicial District Court Order Commitment Warrant" that was delivered to the Louisiana Department of Public Safety and Corrections in criminal case No. 126,696 by the Caddo Parish Sheriff's Department in February 1986; and (2) a copy of the Indictment issued in that case charging the plaintiff with Second Degree Murder.

The Scheduling Order previously issued required all parties to file all discovery requests and responses in the record.[1] No discovery request by the plaintiff, directed to either defendant, has been filed in the record. Until the plaintiff serves and files a written request for discovery directed to the defendants, and the defendants either fail to timely respond to it or their response is

---

[1] Record document number 29.

deficient, a motion to compel such discovery is premature. See Rule 37(d)(1)(A)(ii), Fed.R.Civ.P.

However, the plaintiffs motion will be treated as a request for production of documents under Rule 34, Fed.R.Civ.P.

Accordingly, plaintiff's Motion to Compel Discovery is denied.

Furthermore;

IT IS ORDERED that the plaintiff's Motion to Compel Discovery shall be considered as a request for production of documents under Rule 34, Fed.R.Civ.P., served on this date. Defendants shall respond to the for request for production of documents within the time allowed by Rule 34(b)(2)(A), Fed.R.Civ.P.

Baton Rouge, Louisiana, December 8, 2015.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE